938

No. 138.   MURPHY ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR.   Certiorari, *ante,* p. 812, to the Supreme Court of New Jersey.   The motion of the respondent to require certification of additional parts of the record is granted.   *William P. Sirignano* on the motion. *Harold Krieger* for petitioners, in opposition.

No. 728, Misc.   PADGETT *v.* FLORIDA.   Motion for leave to file petition for writ of habeas corpus denied.

No. 503.   UNITED STATES *v.* PENN-OLIN CHEMICAL CO. ET AL.   Appeal from the United States District Court for the District of Delaware.   Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel* and *Lionel Kestenbaum* for the United States.   *William S. Potter, Albert R. Connelly, H. Francis DeLone* and *John W. Barnum* for appellees.

No. 489.   HUDSON DISTRIBUTORS, INC., *v.* UPJOHN COMPANY.   Appeal from the Supreme Court of Ohio. Probable jurisdiction noted.   *Myron N. Krotinger* and *Morton L. Stone* for appellant.

No. 508.   LUCAS ET AL. *v.* FORTY-FOURTH GENERAL ASSEMBLY OF COLORADO ET AL.   Appeal from the United States District Court for the District of Colorado.   Motion of Edwin C. Johnson et al. to be added as parties appellee granted.   Probable jurisdiction noted.   *Charles Ginsberg* for appellants.   *Duke W. Dunbar,* Attorney General of Colorado, and *Charles S. Vigil* for appellees.